IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANICE CHILDERS<br><br>**Plaintiff,**<br><br>v.<br><br>ST. VINCENT HEART CENTER<br>OF INDIANA, LLC d/b/a,<br>THE HEART CENTER OF INDIANA,<br>LLC,<br><br>**Defendant.** | Case No.  1:18-cv-03984 |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant St. Vincent Heart Center of Indiana, LLC d/b/a St. Vincent Heart Center, incorrectly identified with a d/b/a of The Heart Center of Indiana, LLC ("Defendant"), files this Notice of Removal of the civil action filed against it by Janice Childers ("Plaintiff") and states:

1. On November 20, 2018, Plaintiff Janice Childers filed a civil action in Marion County Superior Court captioned *Janice Childers v. St. Vincent Heart Center of* Indiana*, LLC d/b/a, The Heart Center of Indiana, LLC*, Cause No. 49D14-1811-CT-046452 (the "State Court Action").  Pursuant to Local Rule 81-2(b), a true and correct copy of the complete State Court Record, including the State Court Complaint, Appearance by Plaintiff's counsel, Summons, Appearance by Defendant's Counsel, and docket sheet is attached as Exhibit A.

2. Defendant received service of the Complaint and Summons by United States mail on or about November 28, 2018.  Pursuant to Local Rule 81-2(c), a true and accurate copy of the State Court Complaint is attached as Exhibit B.

3. Removal of the State Court Action is within thirty (30) days after Defendant received service of the initial pleading and therefore timely pursuant to 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1331, this Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Here, Plaintiff alleges violations of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*. and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*., which are laws of the United States. Removal is, therefore, proper under 28 U.S.C. § 1331, and this Court has federal question jurisdiction.

5. Because this is a civil action over which the federal district courts have original jurisdiction founded on a claim or right arising under the laws of the United States, it is removable without regard to the citizenship or residence of the parties. *See* 28 U.S.C. § 1441(b).

6. Plaintiff's Complaint also asserts a claim for "Respondeat Superior," which is premised on various state law theories of liability. This Court has supplemental jurisdiction over Plaintiff's state law claim because it is so related to claims in the action within this Court's original jurisdiction that it forms part of the same case or controversy under Article III of the U.S. Constitution. *See* 28 U.S.C § 1367; *see also Ammerman v. Sween*, 54 F.3d 423, 424 (7th Cir. 1995) (where state and federal claims derive from a common nucleus of operative facts, this Court may hear both the state and federal claims); *Sanchez & Daniels v. Koresko*, 503 F.3d 610, 614 (7th Cir. 2007) (finding even a loose factual connection between claims is sufficient for the exercise of supplemental jurisdiction).

7. Venue is proper under 28 U.S.C. §1441(a) because the state court in which this action is pending is located in this District, and the Indianapolis Division is the proper Division

as this action originally was filed in Marion County, Indiana. 28 U.S.C. §94(b)(1).

8. Pursuant to 28 U.S.C. §1446(a) and Local Rule 81-2(a), this Notice of Removal is accompanied by copies of all process, pleadings, and orders filed in the State Court Action to date, including the Summons, Complaint, and a copy of the docket sheet from the State Court Action. *See* Exhibit A. No other items have been filed in the State Court Action or served upon Defendant.

9. Defendant files this Notice without waiving any defenses to Plaintiff's claims or conceding that Plaintiff has stated claims upon which relief can be granted.

10. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal promptly shall be filed with the Clerk of the Marion County Superior Court and served upon all parties.

WHEREFORE, Defendant notifies this Court of the removal of this action from the Marion County Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

*/ s / Emily L. Connor*
Emily L. Connor,  # 27402-49

*Attorney for St. Vincent Heart Center of Indiana, LLC d/b/a, St. Vincent Heart Center*

LITTLER MENDELSON, P.C.
111 Monument Circle
Suite 702
Indianapolis, IN  46204
Telephone: 317.287.3600
Facsimile: 317.636.0712
Email:  econnor@littler.com

## CERTIFICATE OF SERVICE

I hereby that on this 18th day of December, 2018, I filed a copy of the foregoing *Defendant's Notice of Removal* electronically. Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system and First-Class, United States mail, postage prepaid to the following:

>Neal F. Eggeson Jr.
>EGGESON PRIVACY LAW
>11722 Allisonville Rd., Suite 103-300
>Fishers, IN 46038
>nfelaw@gmail.com

>*/ s / Emily L. Connor*

FIRMWIDE:160920829.1 077094.1077